**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Hung Le v. The State of Texas

Appellate case number:   01-14-01019-CR

Trial court case number:  1398928

Trial court:                    232nd District Court of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

We **grant** the motion and **order** the trial court clerk, no later than 10 days from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the record to the appellant is made.

Finally, appellant's request for an extension of 30 days from the granting of his motion to file a response to counsel's *Anders* brief is granted. Appellant's response to his appointed counsel's brief shall be filed within 30 days of the date of this order.

It is so ORDERED.


Judge's signature:    /s/ Michael Massengale
                                 ☒  Acting individually

Date:  July 30, 2015